804

No. 77–1775. RENTAR INDUSTRIAL DEVELOPMENT CORP. ET AL. *v.* CARL A. MORSE, INC. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 77–1834. LANG *v.* CITY OF PHILADELPHIA ET AL. Appeal from Commw. Ct. Pa. dismissed for want of substantial federal question.

No. 77–6713. KEYES *v.* OKLAHOMA DEPARTMENT OF INSTITUTIONS, SOCIAL AND REHABILITATIVE SERVICES ET AL. Appeal from Sup. Ct. Okla. dismissed for want of substantial federal question.

No. 78–28. SANKO ET AL. *v.* CARLSON, CLERK, KANE COUNTY CIRCUIT COURT. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 78–39. ZRENCHIK ET AL. *v.* PEOPLES' COMMUNITY HOSPITAL AUTHORITY. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 78–57. FIVE-R EXCAVATING, INC. *v.* DEPARTMENT OF REVENUE OF PENNSYLVANIA; and J & R EQUIPMENT RENTAL Co., INC. *v.* DEPARTMENT OF REVENUE OF PENNSYLVANIA. Appeals from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 78–73. WRIGHT, DBA TOUCH OF CLASS MASSAGE PARLOR, ET AL. *v.* CITY OF INDIANAPOLIS ET AL. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.

No. 78–101. ROBERTS *v.* ROBERTS. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.